IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAWRENCE TRAYLOR,

  Petitioner,

    v.

STATE OF GEORGIA, et al.,

  Respondents.

CIVIL ACTION FILE
NO. 1:12-CV-1286-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Respondents' Motions to Dismiss [Doc. 12 & 13]. The Petition is untimely for the reasons set forth in the Report and Recommendation which is adopted as the judgment of the Court. The Motion to Vacate [Doc. 22] and Motion to Add Party [Doc. 15] are DENIED. The Respondents' Motions to Dismiss [Doc. 12 & 13] are GRANTED. This action is DISMISSED.

    SO ORDERED, this 5 day of October, 2012.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge